UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE LOZANO AND CARMEN LOZANO,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>RIVERSIDE COUNTY SHERIFF'S DEPARTMENT, et al.,<br><br>　　　　Defendants. | Case No. 5:25-cv-00393-TJH-PD<br><br>**ORDER ACCEPTING REPORT AND ADOPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE** |

　　　Pursuant to 28 U.S.C. § 636, the Court has reviewed Defendants' motion to dismiss Plaintiff's Complaint, the records on file herein, and the Report and Recommendation of United States Magistrate Judge. The time for filing objections has expired and no objections have been made. The Court accepts the findings and recommendations of the Magistrate Judge and adopts them as its own findings and conclusions.

　　　IT IS THEREFORE ORDERED that:

　　　(1) Defendants' motion to dismiss the Complaint is Granted in part and Denied in part;

　　　(2) Plaintiffs' Fourth Amendment claims based on the simultaneous

1  execution of the criminal and inspection warrants and on judicial deception,
2  their retaliation claim, and their defamation claim are dismissed with leave to
3  amend; and
4      (3) Plaintiffs' Fifth Amendment due process claim is dismissed without
5  leave to amend.
6
7  DATED: September 10, 2025.
8
9                                    _____
                                     HON. TERRY J. HATTER, JR.
10                                   UNITED STATES DISTRICT JUDGE