**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JOSE LOZANO AND CARMEN LOZANO,<br><br>                Plaintiffs,<br><br>    v.<br><br>RIVERSIDE COUNTY SHERIFF'S DEPARTMENT, DEPUTY RICHARD SCHWEITZER, AND DOES 1–10.,<br><br>                Defendants. | Case No. 5:25-cv-00393-TJH-PD<br><br>**ORDER ACCEPTING REPORT AND ADOPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed Defendants' motion to dismiss Plaintiff's First Amended Complaint, the records on file herein, the Report and Recommendation of United States Magistrate Judge (the "Report"), Defendants' objection to the Report, and Plaintiffs' opposition to the objection. Dkt. Nos. 20, 23, 24, 25, 27, 29, 30.

The Court has conducted a *de novo* review of the portions of the Report to which Objections were directed. The Court accepts the findings and recommendations of the Magistrate Judge and adopts them as its own findings and conclusions.

IT IS THEREFORE ORDERED that:

(1) Defendants' motion to dismiss the First Amended Complaint is Granted in part and Denied in part;

(2) the allegations in Count One based on the simultaneous execution of the inspection and search warrant are dismissed without leave to amend;

(3) the motion to dismiss the allegations in Count One for judicial deception against Deputy Schweitzer in his individual capacity is denied;

(4) Counts Two, Three, Four, and Five are dismissed with leave to amend.

DATED: January 20, 2026.

HON. TERRY J. HATTER, JR.
UNITED STATES DISTRICT JUDGE

2